**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 19-00301-JB |
| RAYMOND H. LAFORCE | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 74) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count Two of the Superseding Indictment is now accepted, and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for November 23, 2020 at 10:00 a.m.

**DONE** and **ORDERED** this 18th day of August 2020.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE